IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH FALLS DIVISION

| | | |
|---|---|---|
| JIMMY LEE MENIFEE, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 3-16-cv-690-O-BH |
| | § | |
| SPECIAL INSURANCE SERVICES AND MANAGEMENT, , | § | |
| | § | |
| Defendant. | § | |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. *See* ECF No. 13. No objections were filed. The District Court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

Accordingly, it is **ORDERED** that the Findings, Conclusions, and Recommendation of the United States Magistrate Judge are accepted. Accordingly, the Magistrate Judge's decision is **AFFIRMED**, and this case is **DISMISSED with prejudice**.

**SO ORDERED** on this **30th day** of **August, 2016.**

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE

1